UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 00-1839(DSD/JMM)

Thomas G. Carlson,

Plaintiff,

v. **ORDER**

Reliable Racing Supply, Inc.,

Defendant.

This matter is before the court on the stipulation of the parties to remand this lawsuit to state court.

Based on a review of the file, record and proceedings, and on the stipulation of the parties, **IT IS HEREBY ORDERED** that the above-captioned lawsuit shall be remanded to the District Court of the State of Minnesota, First Judicial District, County of Dakota.

Dated: September 8, 2000

David S. Doty, Judge
United States District Court

SEP 08 2000
FILED
FRANCIS E. DOSAL, CLERK
Judgment Ent'd. ______
Deputy Clerk's Initials ______